562 U.S. 1131, 131 S. Ct. 974, 178 L. Ed. 2d 743, 2011 U.S. LEXIS 311.

January 10, 2011. Application for bail, addressed to Justice Breyer and referred to the Court, denied.

### No. 10M55. Idea Nuova, Inc., Petitioner v. GM Licensing Group, Inc.

562 U.S. 1131, 131 S. Ct. 974, 178 L. Ed. 2d 743, 2011 U.S. LEXIS 405.

January 10, 2011. Motion to direct the Clerk to file a petition for writ of certiorari out of time denied.

Same case below, 617 F.3d 177.

### No. 10M56. Nick A. Kolev, Petitioner v. Nissim Davidi, et al.

562 U.S. 1131, 131 S. Ct. 974, 178 L. Ed. 2d 743, 2011 U.S. LEXIS 171.

January 10, 2011. Motion to direct the Clerk to file a petition for writ of certiorari out of time under Rule 14.5 denied.

### No. 10M57. Henry A. Williams, Petitioner v. United States.

562 U.S. 1131, 131 S. Ct. 974, 178 L. Ed. 2d 743, 2011 U.S. LEXIS 221.

January 10, 2011. Motion to direct the Clerk to file a petition for writ of certiorari out of time denied.

### No. 10M58. Brenda Collins, Petitioner v. TIAA-CREF, et al.

562 U.S. 1131, 131 S. Ct. 974, 178 L. Ed. 2d 743, 2011 U.S. LEXIS 466.

January 10, 2011. Motion to direct the Clerk to file a petition for writ of certiorari out of time denied.

Same case below, 386 Fed. Appx. 409.

### No. 10M59. Carolyn Mallo, Petitioner v. West Virginia Department of Health and Human Resources, et al.

562 U.S. 1132, 131 S. Ct. 975, 178 L. Ed. 2d 743, 2011 U.S. LEXIS 144.

January 10, 2011. Motion for leave to file a petition for writ of certiorari under seal denied without prejudice to filing a renewed motion together with either a redacted petition for writ of certiorari, or an explanation as to why the petition may not be redacted, within 30 days.

### No. 138, Original. South Carolina, Plaintiff v. North Carolina.

562 U.S. 1132, 131 S. Ct. 975, 178 L. Ed. 2d 743, 2011 U.S. LEXIS 206.

January 10, 2011. Kristin Linsley Myles, Esq., of San Francisco, California,

the Special Master in this case, is hereby discharged with the thanks of the Court.